# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 18-5506 JLS (MRW) | Date | October 7, 2020 |
| Title | Michael A. Perdomo v. Los Angeles County Sheriff's Department | | |

Present: The Honorable    Michael R. Wilner

| Veronica Piper | None |
|---|---|
| Deputy Clerk | Court Smart / Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None Present | None Present |

**Proceedings:**      **(IN CHAMBERS) ORDER DISMISSING CASE**

The parties filed a joint stipulation dismissing this action. (Docket 72). This action is dismissed with prejudice.